FILED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FORM TO BE USED BY A PERSON SEEKING LEAVE TO PROCEED
IN FORMA PAUPERIS IN A ~~[struck through]~~-ACTION
*CIVIL ACTION*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~[struck through]~~ *WASHINGTON D.C.*

*Phillip Mark Shafee*
(name of petitioner)

v.     Civil Action No. __08 0183__
       (Leave blank. To be filled in by Court.)

*Robert Hartman*
(name of respondent)

MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, *Phillip Shafee*, declare that I am the petitioner in this case. I understand that the fee for filing this type of case is ~~[struck]~~. Because of my poverty, I am unable to pay the filing fee and costs of this action at this time, nor am I able to give security therefor.

I believe that I have a meritorious complaint and am entitled to relief in these proceedings.

In support of this motion, I answer the following questions:

1.  Are you presently employed in an institutional job or other assignment that results in compensation of any sort, including work release?

    YES [X]   NO [ ]   *laundry custodian*

    a.  If you answered YES, list your employer or assignment and the amount of your wages.

        Employer/assignment: *NBCI Laundry*

        Monthly gross wages: *(approximately $20)*

        Monthly net wages: *$20 +/-*

    b.  If you answered NO, state the date of your last employment or assignment,

the name of your employer or assignment, and the amount of wages you received.

Date: _NA_

Employer/assignment: _NA_

Monthly gross wages: _NA_

Monthly net wages: _NA_

2. Within the past twelve months have you received any income from: 1) settlements, judgments, or monetary awards from a court; 2) Social Security, public assistance, workers' compensation or disability payments; 3) a business, profession or other form of self-employment; 4) rent, interest or dividends; 5) retirement, annuity, pension or insurance payment; 6) gifts or inheritances; 7) or any other sources?

   YES [ ]    NO [X]

   If you answered YES, list the amount received, date it was received, and the source.

   | Amount | Date received | Source |
   |--------|---------------|--------|
   | NA     |               |        |
   |        |               |        |
   |        |               |        |

3. How much money do you have in your institutional account? — $137

4. How much money do you have in checking, savings or other accounts outside of the institution? _None_

5. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

   YES [ ]    NO [X]

   If you answered YES, list the value and describe each item.

Value _NA_       Description _____

_____            _____

_____            _____

_____            

6. List everyone (including businesses and the government) that you owe money and the amount that you owe.

Creditor _NA_     Total debt _____   Monthly payment _____

_____            _____              _____

_____            _____              _____

_____            _____              _____

7. List any other major monthly expenses that you are actually paying.

Description _NA_                      Monthly payment _____

_____                                _____

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

_January 15, 2008_                    _[signature]_
(date)                                (original signature of petitioner)

MD DEPT PUBLIC SAFETY AND CORRECTIONAL SERVICES
INMATE BANKING SYSTEM
6 MONTHS INMATE ACCOUNT ANALYSIS        7C-01A        DATE: 11/14/2007

INSTITUTION:    WCI
DOC#: 331844        NAME: SHAFER        SSNO: 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
                                         PHILLIP     M

| MONTH | YEAR | RECEIPT AMOUNT | ACCOUNT BALANCE |
|---|---|---|---|
| OCTOBER | 2007 | 50.00 | 10.16- |
| SEPTEMBER | 2007 | 0.00 | 8.86- |
| AUGUST | 2007 | 50.00 | 8.97- |
| JULY | 2007 | 3.80 | 48.97- |
| JUNE | 2007 | 20.90 | 31.21- |
| MAY | 2007 | 20.55 | 7.42- |

TOTAL: 145.25
6 MONTHS AVERAGE: 24.20
INITIAL PARTIAL FILING FEE:    * 19.26-
                                 4.84

PRINT SCREEN - PRESS PF2
MAIN MENU=PF5   RCPTS=PF7   DISBURS=PF8   XREF=PF9   ACCT MENU=PF10   CLEAR=SIGN OFF
NO PRINTER ASSOCIATED WITH YOUR TERMINAL. CALL HQTRS

*Always a negative balance*

* Waiver of Costs + 6 month Statement
(48+49)

08 0183
FILED
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT