IN THE UNITED STATES DISTRICT COURT FOR

THE ~~NORTHERN~~ DISTRICT OF ~~MARYLAND~~ COLUMBIA

P. Mark Shafer-pro se

    (plaintiff)

v.

Kevin Brandt et. al.

    (defendants)

FILED
JAN 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08 0183

Case No. ▓▓▓▓▓

\*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION FOR THE APPOINTMENT OF COUNSEL

NOW comes the Plaintiff, P. Mark Shafer, pro se, on this 5th day of January, 2008, and in requesting the appointment of counsel, respectfully states unto this Honorable Court as follows;

1. Movant is engaged in a vicious legal battle to protect his rights and is entitled to counsel pursuant to the equal access to justice act, EAJA, as Plaintiff has no skills worthy of providing meaningful access to the courts in a constitutional sense.

2. Movant's property was illegally seized by the government and there other serious violations that Plaintiff will likely prevail upon, provided that he is afforded the assistance of counsel, the case also involves misconduct in that my financial and other records that were illegally seized are being withheld as BRADY VIOLATIONS preventing me from proving my innocence in the criminal case.

3. The public demands fair play regarding the government's actions towards citizens and the interest of justice dictates the need for the appointment of counsel by this Honorable Court.

WHEREFORE, the Plaintiff prays:

A)  That the court grant this motion and appoint counsel to the Plaintiff so that justice may prevail.

B)  That such other and further relief be ordered as the nature of the case and fundamental fairness may so require.

Respectfully submitted,

_____ #331844

CERTIFICATE OF SERVICE

This is to certify that on ~~[redacted]~~, a copy of the foregoing motion and memorandum was forwarded to the U.S. Attorney for the State of Maryland by first class U.S. Mail.

signed- [signature]
dated- 1/15/08
P. Mark Shafer #331844 NBCI
14100 McMullen Highway SW
Cumberland, Maryland 21502