**FILED**
JAN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P. Mack Shafer,               ) | |
|                               ) | |
|     Plaintiff,                ) | |
|                               ) | |
| v.                            ) | Civil Action No. 08 0183 |
|                               ) | |
| Robert Hartman *et al.*,      ) | |
|                               ) | |
|     Defendants.               ) | |

## TRANSFER ORDER

This matter is before the Court on its initial review of plaintiffs' *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a resident of Cumberland, Maryland, suing defendants, including the National Park Service, over disputes arising from plaintiff's lease of property located in Washington County, Maryland. Because neither the events giving rise to the claim nor the subject property are connected to the District of Columbia, this Court is the wrong venue for litigating plaintiff's claim. *See* 28 U.S.C. § 1391(b) (establishing proper venue). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 30th day of January 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the District of Maryland. Whether plaintiffs should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/
United States District Judge